UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL REA,

       Plaintiff,                                 Case Number 19-11567
v.                                                    Honorable David M. Lawson

ROAD COMMISSION FOR OAKLAND
COUNTY and GILBERT LUEBKE,

       Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on the defendant's motion for summary judgment as to all counts in the plaintiff's complaint. In his response, the plaintiff withdrew certain claims voluntarily. The Court has reviewed the submission of the parties and held oral argument on the remaining claims on January 5, 2021. At the conclusion of the hearing, the Court announced from the bench its decision to grant in part and deny in part the defendants' motion for summary judgment.

Accordingly, for the reasons stated on the record, it is **ORDERED** that the defendants' motion for summary judgment (ECF No. 32) is **GRANTED IN PART AND DENIED IN PART**.

It is further **ORDERED** that Counts 1, 2, 3, and 5 of the complaint are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the claims in Count 4 of the complaint alleging weight discrimination, hostile work environment, and retaliation under federal and state law, and failure to promote under the Age Discrimination in Employment Act, only, are **DISMISSED WITH PREJUDICE**.

- 2 -

It is further **ORDERED** that the defendants' motion is **DENIED** in all other respects.

                                                     s/David M. Lawson
                                                    DAVID M. LAWSON
Dated: January 5, 2021                        United States District Judge